## UNITED STATES COURT OF INTERNATIONAL TRADE
## NEW YORK, NEW YORK

| | |
|---|---|
| V.O.S. SELECTIONS, INC.; PLASTIC SERVICES AND PRODUCTS, LLC d/b/a GENOVA PIPE; MICROKITS, LLC; FISHUSA INC.; TERRY PRECISION CYCLING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, *in his official capacity as Acting Commissioner of United States Customs and Border Protection;* JAMIESON GREER, *in his official capacity as United States Trade Representative*; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*, <br><br> Defendants. | Case No. 25-00066 <br><br> **SUMMONS** |

TO: The Attorney General, President Donald J. Trump, Executive Office of the President, United States Customs and Border Protection, Acting Commissioner of United States Customs and Border Protection Pete R. Flores, United States Trade Representative Jamieson Greer, Office of the United States Trade Representative, and Secretary of Commerce Howard Lutnick.

 You are hereby summoned and required to serve upon Plaintiffs' attorney, whose name and address are set out below, an answer to the complaint, which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

/s/ Jeffrey Schwab
Jeffrey Schwab
April 14, 2025

Jeffrey Schwab
Liberty Justice Center
7500 Rialto Blvd. Suite 1-250
Austin, TX 78735
(512) 481-4400
jschwab@ljc.org