UNITED STATES COURT OF INTERNATIONAL TRADE

_____

|  |  |
|---|---|
| V.O.S. SELECTIONS, INC., PLASTIC SERVICES AND PRODUCTS, LLC d/b/a GENOVA PIPE, MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, CUSTOMS AND BORDER PROTECTION, PETE R. FLORES, JAMIESON GREER, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, HOWARD LUTNICK, <br><br> Defendants. | Court No. 25-00066 |

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Sosun Bae, hereby enters an appearance as the principal attorney of record for defendants in this action, and requests that all papers in connection with this action be served at the address below.

DATE: April 17, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/Claudia Burke
CLAUDIA BURKE
Deputy Director
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

s/Sosun Bae
SOSUN BAE
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 305-7568