## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| V.O.S. SELECTIONS, INC.; PLASTIC SERVICES AND PRODUCTS, LLC d/b/a GENOVA PIPE; MICROKITS, LLC; FISHUSA INC.; and TERRY PRECISION CYCLING LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; U.S. CUSTOMS AND BORDER PROTECTION; PETE R. FLORES in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; and HOWARD LUTNICK, in his official capacity as Secretary of Commerce,<br><br>        Defendants. | Before:  Gary S. Katzmann, Judge<br>             Timothy M. Reif, Judge<br>             Jane A. Restani, Judge<br><br>Court No. 25-00066 |

## **ORDER**

Upon consideration of Plaintiffs' Application for a Temporary Restraining Order, April 18, 2025, ECF No. 10, Defendants' response thereto, April 21, 2025, ECF No. 12, and all other pertinent papers, and upon a determination that Plaintiffs have not clearly shown a likelihood that immediate and irreparable harm would occur before consideration of their Motion for Preliminary Injunction, April 18, 2025, ECF No. 10, it is hereby **ORDERED** that Plaintiffs' Application is **DENIED**.

Court No. 25-00066     Page 2

      Defendants are directed to file a combined response to Plaintiffs' Motions for Preliminary Injunction and Summary Judgment, April 18, 2025, ECF No. 10, no later than close of business on April 29, 2025. This response shall be filed as a single document of no more than 14,000 words, and shall fully set forth all legal arguments relevant to Defendants' opposition to the entry of summary judgment in favor of Plaintiffs. Plaintiffs are directed to file a combined reply of no more than 10,000 words to all of Defendants' responsive filings no later than close of business on May 6, 2025. This reply shall also be filed as a single document. A hearing on all then-pending motions will take place at 11:00 a.m. in Courtroom 1 of the James L. Watson Courthouse on May 13, 2025.

      **SO ORDERED.**

      /s/    *Gary S. Katzmann*
      Gary S. Katzmann, Judge

      /s/    *Timothy M. Reif*
      Timothy M. Reif, Judge

      /s/    *Jane A. Restani*
      Jane A. Restani, Judge

Dated: <u>April 22, 2025</u>
      New York, New York