IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

Before Honorable Gary S. Katzmann, Judge, Honorable
Timothy M. Reif, Judge, Honorable Jane A. Restani, Judge

| | |
|---|---|
| V.O.S. SELECTIONS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 25-00066 |

MOTION FOR LEAVE OF CONSTITUTIONAL SCHOLARS, RETIRED JUDGES,
AND FORMER PUBLIC OFFICIALS TO FILE AN *AMICI CURIAE* BRIEF

Pursuant to Rule 76 of the Rules of the United States Court of International Trade and this Court's inherent authority, proposed *amici curiae* George Allen, Steven Calabresi, Joshua Claybourn, John C. Danforth, Richard A. Epstein, Charles T. Hagel, Harold Hongju Koh, Gerard Magliocca, Michael W. McConnell, Michael B. Mukasey, Alan Sykes, John Daniel Tinder, Peter Wallison, and Philip Zelikow respectfully move for leave to file the attached *Brief of Amici Curiae Constitutional Scholars, Retired Judges, and Former Public Officials* in support of Plaintiffs. The proposed *amici* seek to offer the Court historical, constitutional, and legal analysis bearing directly on the separation of powers and statutory interpretation questions central to this case. A copy of the proposed brief is attached to this motion, as allowed by USCIT Rule 76.

## INTEREST OF *AMICI CURIAE*

The proposed *amici curiae* are a group of distinguished constitutional scholars, legal historians, public lawyers, retired federal judges, and former elected officials—three of whom served in the United States Senate. Collectively, they bring unparalleled expertise on the design, function, and constitutional significance of the separation of powers between Congress and the Executive Branch.

Their interest in this case is not grounded in any stake in its outcome as a matter of trade policy, but rather in the enduring constitutional principle that Congress alone holds the power to impose tariffs, and that the President may act only pursuant to a valid, limited delegation of authority consistent with Article I. These amici believe this case presents a profound threat to those principles and to the structural safeguards the Constitution enshrines.

## GROUNDS FOR LEAVE

This Court has discretion to permit the filing of *amici* briefs when *amici* have "a sufficient 'interest' in the case and [its] brief is 'desirable' and discusses matters that are 'relevant to the disposition of the case.'" *Neonatology Associates, P.A. v. C.I.R.*, 293 F.3d 128, 128 (3d. Cir. 2002) (Alito, J.); *see* Fed. R. App. P. 29(a)(3)(B). Although the Rules of the Court of International Trade do not set forth detailed requirements for *amici* participation, courts have routinely granted leave to file such briefs where amici (1) offer a unique or specialized perspective, (2) are not duplicative of the parties' arguments, and (3) may aid the court in deciding issues of public and constitutional importance.

This brief satisfies those criteria. It provides a rigorous analysis of the constitutional structure, the legislative history of the International Emergency Economic Powers Act (IEEPA), and the major questions doctrine. *Amici* do not repeat the factual or legal arguments made by the parties. Instead, they situate the case within the broader context of constitutional governance and historical precedent, illuminating why the President's unilateral imposition of sweeping tariffs raises grave concerns about the erosion of legislative authority.

## CONCLUSION

For these reasons, proposed amici respectfully request that the Court grant leave to file the attached amicus brief.

Respectfully submitted,

| | |
|---|---|
| Michael W. McConnell<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br>Telephone: (650) 736-1326<br>Email: mcconnell@law.stanford.edu<br><br>*Of Counsel* | */s/ Weronika Bukowski*<br>John B. Brew<br>Daniel Cannistra<br>Weronika Bukowski<br><br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Telephone: (202) 628-5116<br>Email: jbrew@crowell.com<br><br>*Attorneys to Amici Curiae* |

Dated: April 23, 2025

IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

Before Honorable Gary S. Katzmann, Judge, Honorable
Timothy M. Reif, Judge, Honorable Jane A. Restani, Judge

| | |
|---|---|
| V.O.S. SELECTIONS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 25-00066 |

## ORDER

Upon consideration of the motion of proposed *amici curiae* George Allen, Steven Calabresi, Joshua Claybourn, John C. Danforth, Richard A. Epstein, Charles T. Hagel, Harold Hongju Koh, Gerard Magliocca, Michael W. McConnell, Michael B. Mukasey, Alan Sykes, John Daniel Tinder, Peter Wallison, and Philip Zelikow for leave to file a *Brief of Amici Curiae Constitutional Scholars, Retired Judges, and Former Public Officials* in support of Plaintiffs, it is hereby:

**ORDERED** that the motion is granted; and it is further:

**ORDERED** that the proposed *Brief of Amici Curiae Constitutional Scholars, Retired Judges, and Former Public Officials* is accepted for filing; and it is further:

**ORDERED** that the movants be permitted to participate in these proceedings as amici curiae.

Dated: _____, 2025
New York, NY

_____
JUDGE