UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **V.O.S. SELECTIONS, INC.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, et al.,<br><br>Defendants. | COURT NO. 25-00066 |

**MOTION FOR LEAVE OF PRINCESS AWESOME, LLC, ET AL., PLAINTIFFS IN RELATED CASE, CIT NO. 25-00078, TO FILE AN AMICI CURIAE BRIEF**

Proposed amici curiae—Princess Awesome, LLC; Stonemaier, LLC; 300 Below, Inc.; Upward Glance, LLC d/b/a Quent Cordair Fine Art; KingSeal Corporation d/b/a Wesco Enterprises, Inc.; Mischief, LLC d/b/a Mischief Toy Store; Spielcraft Games, LLC; Rookie Mage Games, LLC; XYZ Game Labs, Inc.; Tinkerhouse, Inc.; and Reclamation Studio, LLC d/b/a WitsEnd Mosaic—pursuant to Rule 76 of the Rules of the United States Court of International Trade and this Court's inherent authority, respectfully move for leave to file the attached amicus brief in support of Plaintiffs V.O.S. Selections, et al., and their challenge to the unlawful tariffs.

Amici will present full arguments in support of their motion for summary judgment, to be filed early next week in the related case, *Princess Awesome, LLC, et al. v. U.S. Customs & Border Protection, et al.*, Ct. Int'l Trade No. 1:25-cv-00078, and provide in their amici brief here only select points relevant to the preliminary injunction sought by the V.O.S. Plaintiffs.

## INTEREST OF AMICI CURIAE

Amici are plaintiffs in a related case: *Princess Awesome, LLC, et al. v. U.S. Customs and Border Protection, et al.*, Ct. Int'l Trade No. 1:25-cv-00078 (filed Apr. 24, 2025). Amici's claims are similar to the claims presented here and in another related case, *State of Oregon, et al. v. Trump, et al.*, Ct. Int'l Trade No. 1:25-cv-00077. Amici are aware that this Court has ordered the State of Oregon, et al., to submit a brief setting forth their position on V.O.S. Selections' motion for summary judgment. Amici Princess Awesome, et al., submit that their proposed brief will assist the Court's consideration of the pending motion for summary judgment. Amici have an interest in the Court's resolution of the similar claims raised in the three cases. Further, because of the significant, ongoing harm caused by the unlawful tariffs, Amici have an interest in the expedited resolution of these claims.

## GROUNDS FOR LEAVE

Amici Princess Awesome, et al., have filed a complaint in this Court raising claims similar to claims raised here and in *Oregon v. Trump*. Amici therefore have an interest in the consideration of the legal issues pending before the Court. Amici include businesses that have already paid tariffs under the President's new tariff policy; businesses that have paused orders and/or shipments, due to both the new tariffs and the uncertainty created by the arbitrary and changing tariff policy; and businesses that have regularly imported goods in the past but now, frankly, don't know what to do in the face of ongoing uncertainty. The inability to plan—again, caused by the President's arbitrary and changing tariff policy—immediately threatens the viability of businesses across the nation. Amici seek leave to emphasize these threats.

## CONCLUSION

Amici respectfully ask the Court to grant leave to file the attached amicus brief.

DATED MAY 8, 2025.

                                        Respectfully submitted,

                                        */s/ Oliver J. Dunford*
OLIVER J. DUNFORD
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
(916) 503-9060
ODunford@pacificlegal.org

MOLLY E. NIXON
JOSHUA M. ROBBINS
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
(202) 888-6881
MNixon@pacificlegal.org
JRobbins@pacificlegal.org

*Attorneys for Amici Curiae
Princess Awesome, LLC, et al.*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **V.O.S. SELECTIONS, INC.**, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>**DONALD J. TRUMP**, et al.,<br><br>        Defendants. | COURT NO. 25-00066 |

## [PROPOSED] ORDER

The Court, having considered the Motion for Leave submitted by Amici Princess Awesome, et al., and finding good cause therefor, **HEREBY ORDERS**:

Amici Princess Awesome's Motion for Leave to submit an amicus brief is granted;

The proposed Amicus Brief submitted with Amici's Motion for Leave is accepted for filing; and

The clerk is ordered to accept Amici's Amicus Brief and enter the brief on the docket.

Dated: _____         _____
                                                                           Judge