**IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE**

V.O.S. SELECTIONS, INC., et al.,

        *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

**NOTICE OF APPEARANCE**

No. 25-00066-GSK-TMR-JAR

Please take notice that pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as counsel of record in this action for proposed amicus curiae Institute for Policy Integrity, and requests that all papers be served on him.

Dated: May 8, 2025        Respectfully submitted,

                      /s/ Max Sarinsky
                      Max Sarinsky
                      INSTITUTE FOR POLICY INTEGRITY
                      139 MacDougal Street, Third Floor
                      New York, NY 10012
                      (212) 992-8932
                      max.sarinsky@nyu.edu
                      *Counsel for Institute for Policy Integrity*