**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by **Max Sarinsky**
(Name of attorney of record)
on behalf of **the Institute for Policy Integrity** in the matter of **V.O.S. Selections Inc, et al.** v. **Donald J. Trump, et al.**,
Court No. **25-00066-GSK-TMR-JAR**.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   The Institute for Policy Integrity is a non-partisan think tank housed at New York University School of Law. It does not have any parent corporations, publicly-owned companies, or publicly-owned affiliates.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
   N/A

/s/ Max Sarinsky                                         May 8, 2025
(Signature of Attorney)                                  (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024.)