# UNITED STATES COURT OF INTERNATIONAL TRADE
# NEW YORK, NEW YORK

| | |
|---|---|
| V.O.S. SELECTIONS, INC., PLASTIC SERVICES AND PRODUCTS, LLC d/b/a GENOVA PIPE, MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, *in his official capacity as Acting Commissioner of United States Customs and Border Protection;* JAMIESON GREER, *in his official capacity as United States Trade Representative*; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*,<br><br>　　　　　　　Defendants. | Case No. 25-00066 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States of International Trade, the undersigned appears as attorney for Plaintiffs V.O.S. Selections, Inc., Plastic Services and Products, LLC d/b/a Genova Pipe, Microkits LLC, FishUSA Inc., and Terry Precision Cycling LLC in this action and requests that all papers be served on him.

Date: May 12, 2025

/s/ Ilya Somin
Ilya Somin
Antonin Scalia Law School
George Mason University
Arlington, Virginia 2201
703-993-8069
isomin@gmu.edu