# United States Court of International Trade
## Honorable Gary S. Katzmann, Timothy M. Reif and Jane A. Restani

## Appearance Sheet

Docket No. 25-00066
Hearing
May 13, 2025
Courtroom 1
11:00 a.m.
Jurisdiction 1581(i)

# V.O.S. Selections, Inc. et al
Plaintiffs,

v.

Donald J. Trump et al
Defendants.

## Counsel

**Plaintiff**
**Jeffrey Michael Schwab**
**Reilly Walsh Stephens**
Liberty Justice Center
**Ilya Somin**
George Mason University

**Defendant**
**Eric J. Hamilton**
**Sosun Bae**
**Claudia Burke**
**Justin Miller**
U.S. Department of Justice