# United States Court of Appeals for the Federal Circuit

———————————

**V.O.S. SELECTIONS, INC., PLASTIC SERVICES
AND PRODUCTS, LLC, DBA GENOVA PIPE,
MICROKITS, LLC, FISHUSA INC., TERRY
PRECISION CYCLING LLC,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE UNITED STATES,
EXECUTIVE OFFICE OF THE PRESIDENT,
UNITED STATES, RODNEY S. SCOTT,
COMMISSIONER FOR UNITED STATES CUSTOMS
AND BORDER PROTECTION, IN HIS OFFICIAL
CAPACITY AS COMMISSIONER OF THE UNITED
STATES CUSTOMS AND BORDER PROTECTION,
JAMIESON GREER, IN HIS OFFICIAL CAPACITY
AS UNITED STATES TRADE REPRESENTATIVE,
OFFICE OF THE UNITED STATES TRADE
REPRESENTATIVE, HOWARD LUTNICK, IN HIS
OFFICIAL CAPACITY AS SECRETARY OF
COMMERCE, UNITED STATES CUSTOMS AND
BORDER PROTECTION,**
*Defendants -Appellants*

————————————————————————

**STATE OF OREGON, STATE OF ARIZONA, STATE
OF COLORADO, STATE OF CONNECTICUT,
STATE OF DELAWARE, STATE OF ILLINOIS,
STATE OF MAINE, STATE OF MINNESOTA, STATE**

**OF NEVADA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF VERMONT,**
*Plaintiffs-Appellees*

**v.**

**PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY AS COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION, UNITED STATES,**
*Defendants-Appellants*

————————————

2025-1812, 2025-1813

————————————

Appeals from the United States Court of International Trade in Nos. 1:25-cv-00066-GSK-TMR-JAR, 1:25-cv-00077-GSK-TMR-JAR, Senior Judge Jane A. Restani, Judge Gary S. Katzmann, Judge Timothy M. Reif.

————————————

**SUA SPONTE**

————————————

V.O.S. SELECTIONS, INC. v. TRUMP                    3

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

# O R D E R

The Clerk is directed to withhold issuance of the mandate through October 14, 2025, during which the parties may file a petition for a writ of certiorari in the Supreme Court. If, within that period, any party notifies the Clerk in writing that it has filed a petition for a writ of certiorari, the Clerk is directed to withhold issuance of the mandate pending (1) the Supreme Court's denial of certiorari or (2) a judgment of the Supreme Court if certiorari is granted. While the issuance of the mandate is withheld, the United States Court of International Trade shall take no further action in this case.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 29, 2025
Date

---

[1] Circuit Judge Newman did not participate.