IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

Before Honorable Gary S. Katzmann, Judge, Honorable

Timothy M. Reif, Judge, Honorable Jane A. Restani, Judge

| | |
|---|---|
| V.O.S. Selections, Inc., *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>Donald J. Trump, *et al.*,<br><br>                Defendants. | Case No. 25-00066 |

## ORDER

Upon consideration of the motion of proposed *amici curiae* the Chamber of Commerce of the United States of America and the Consumer Technology Association for leave to file a *Brief of Amici Curiae the Chamber of Commerce of the United States of America and the Consumer Technology Association* in support of Plaintiffs' Motion for Permanent Injunctive Relief, Dkt. No. 72, it is hereby:

**ORDERED** that the motion is granted; and it is further:

**ORDERED** that the proposed *Brief of Amici Curiae the Chamber of Commerce of the United States of America and the Consumer Technology Association* is accepted for filing; and it is further:

**ORDERED** that the movants be permitted to participate in these proceedings as *amici curiae*.

Dated: _____, 2026          _____
New York, NY                                                                    JUDGE