IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

Before Honorable Gary S. Katzmann, Judge, Honorable
Timothy M. Reif, Judge, Honorable Jane A. Restani, Judge

| | |
|---|---|
| V.O.S. SELECTIONS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 25-00066-GSK-TMR-JAR |

**Proposed Order**

Upon consideration of Plaintiffs' Motion for Expedited Status Conference, and after due deliberation, it is hereby:

ORDERED that Plaintiffs' Motion for Expedited Status Conference is granted; and it is further

ORDERED that a status conference on Plaintiffs' Motion for Permanent Injunctive Relief, Dkt. No. 72, be held on March _____, 2026, at _____.

Dated: _____          _____
                              JUDGE, United States Court of International Trade

IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

Before Honorable Gary S. Katzmann, Judge, Honorable
Timothy M. Reif, Judge, Honorable Jane A. Restani, Judge

| | |
|---|---|
| V.O.S. SELECTIONS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 25-00066-GSK-TMR-JAR |

**Plaintiffs' Motion for Expedited Status Conference**
**[RELIEF NEEDED BY MARCH 6, 2026]**

In accordance with Rule 7 of the Rules of the United States Court of International Trade, Plaintiffs respectfully submit this motion for an expedited status conference with this Court and counsel for the government as soon as practicable and as early as March 6, 2026.

In accordance with the judgment of the United States Court of Appeals for the Federal Circuit, entered August 29, 2025, in the above-captioned case, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate of the Federal Circuit was issued on March 2, 2026.  Mandate, Dkt. No. 174, No. 25-0812 (Fed. Cir. Mar. 2, 2026).  On March 4, 2026, this Court also indicated in *Atmus Filtration, Inc. v. United States* that Judge Richard K. Eaton will be "the only judge who will hear cases pertaining to the refund of IEEPA duties."  Order at 2, Dkt. No. 21, No. 1:26-cv-01259 (Ct. Int'l Trade Mar. 4, 2026).

1

In light of these recent developments, and in accordance with Rule 7 of the Rules of the United States Court of International Trade, Plaintiffs ask this Court to enter an order scheduling a status conference for March 6, 2026 or as immediately as practicable on Plaintiffs' Motion for Permanent Injunctive Relief, Dkt. No. 72. Moreover, if—as the *Atmus* order indicates—all "cases pertaining to the refund of IEEPA duties" will be consolidated before Judge Eaton, Plaintiffs respectfully ask the Court to move this case before Judge Eaton as soon as practicable so that the status conference can occur before him.  Plaintiffs respectfully submit that this relief is proper to ensure that the *V.O.S.* Plaintiffs—who filed their complaint almost a full year ago on April 14, 2025, and who litigated their case through to a merits victory in the U.S. Supreme Court, *see Learning Res., Inc. v. Trump*, 607 U.S. ---, 2026 WL 477534 (U.S. Feb. 20, 2026)—are able to fully participate in proceedings regarding the remedy.  Order at 2, Dkt. No. 21, No. 1:26-cv-01259 (Ct. Int'l Trade Mar. 4, 2026).

Accordingly, Plaintiffs ask that this motion be granted and that the Court schedule a status conference at its earliest possible opportunity, and, if appropriate, that this case be moved before Judge Eaton as soon as possible.

Dated: March 5, 2026

Respectfully submitted,

/s/ *Neal Kumar Katyal*
Neal Kumar Katyal
Colleen E. Roh Sinzdak
Milbank LLP
1101 New York Ave. NW
Washington, DC 20005

Jeffrey M. Schwab
Reilly W. Stephens
James McQuaid
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jschwab@ljc.org
rstephens@ljc.org
jmcquaid@ljc.org

*Counsel for Plaintiffs V.O.S. Selections, Inc., Plastic Services and Products LLC d/b/a Genova Pipe, Microkits LLC, FishUSA Inc., and Terry Precision Cycling LLC.*

3

## Certificate of Service

I, Neal Kumar Katyal, one of the attorneys for Plaintiffs, certify that the foregoing document was filed electronically with the Court's Case Management/Electronic Case Filing (CM/ECF) system on March 5, 2026. The Court and/or Clerk of Court may serve and give notice to counsel by CM/ECF electronic transmission.


Dated: March 5, 2026                Respectfully submitted,

/s/ *Neal Kumar Katyal*
Neal Kumar Katyal

*Counsel for Plaintiffs V.O.S. Selections, Inc., Plastic Services and Products LLC d/b/a Genova Pipe, Microkits LLC, FishUSA Inc., and Terry Precision Cycling LLC.*