UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____
                                           :
V.O.S. SELECTIONS, INC.; PLASTIC           :
SERVICES AND PRODUCTS, LLC d/b/a           :
GENOVA PIPE; MICROKITS, LLC;               :
FISHUSA INC.; and TERRY PRECISION          :
CYCLING LLC;                               :
                                           :
                    Plaintiffs,            :
                                           :        Before: Richard K. Eaton, Judge
            v.                             :
                                           :        Court No. 25-00066
THE UNITED STATES OF AMERICA;              :
UNITED STATES CUSTOMS AND                  :
BORDER PROTECTION; PETE R.                 :
FLORES, in his official capacity as        :
Acting Commissioner for United States      :
Customs and Border Protection;             :
JAMIESON GREER, in his official            :
capacity as United States Trade            :
Representative; OFFICE OF THE UNITED       :
STATES TRADE REPRESENTATIVE;               :
and HOWARD LUTNICK, in his official        :
capacity as Secretary of Commerce;         :
                                           :
                    Defendants.            :
_____ :
```

**ORDER**

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that the stay in this case is lifted *sua sponte*; and it is further

**ORDERED** that counsel shall confer with counsel for plaintiffs in *AGS Company Automotive Solutions v. United States* (1:25-cv-00255-RKE) and *Grant & Bowman, Inc. v. United States* (1:25-cv-00689-RKE), and transmit to the court by April 24, 2026, the names of up to three lawyers to serve as representatives at the closed settlement conference that is scheduled in *Euro-Notions Florida, Inc. v. United States* (1:25-cv-00595-RKE), ECF No. 19, for April 28, 2026, at 2:00 p.m. EDT. The three lawyers will be in addition to counsel for Euro-Notions Florida, Inc.

and may include lawyers from any of the law firms listed on page 10 of the motion to lift the stay

filed in *AGS Company Automotive Solutions v. United States* (1:25-cv-00255-RKE), ECF No. 40.


                                                        _____/s/ Richard K. Eaton_____
                                                                    Judge


Dated: April 17, 2026
          New York, New York