UNITED STATES COURT OF INTERNATIONAL TRADE

_____

V.O.S. SELECTIONS, INC.; PLASTIC :
SERVICES AND PRODUCTS, LLC d/b/a :
GENOVA PIPE; MICROKITS, LLC; :
FISHUSA INC.; and TERRY PRECISION :
CYCLING LLC; :
:
              Plaintiffs, :
: Before: Richard K. Eaton, Judge
    v. :
: Court No. 25-00066
THE UNITED STATES OF AMERICA; :
UNITED STATES CUSTOMS AND :
BORDER PROTECTION; PETE R. :
FLORES, in his official capacity as :
Acting Commissioner for United States :
Customs and Border Protection; :
JAMIESON GREER, in his official :
capacity as United States Trade :
Representative; OFFICE OF THE UNITED :
STATES TRADE REPRESENTATIVE; :
and HOWARD LUTNICK, in his official :
capacity as Secretary of Commerce; :
:
              Defendants. :
_____ :

**ORDER**

Before the court are three motions that were filed prior to the entry of a stay in this case: (1) Plaintiffs' Motion for Permanent Injunctive Relief, ECF No. 72; (2) the Unopposed Motion for Leave of the Chamber of Commerce of the United States of America and the Consumer Technology Association to File an *Amici Curiae* Brief in support of Plaintiffs' Motion for Permanent Injunctive Relief, ECF No. 77; and (3) Plaintiffs' Motion for Expedited Status Conference, ECF No. 78. Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that each of the motions, ECF Nos. 72, 77, and 78, is DENIED.

/s/ Richard K. Eaton
Judge

Dated: April 20, 2026
        New York, New York