UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                 :

V.O.S. SELECTIONS, INC.; PLASTIC     :
SERVICES AND PRODUCTS, LLC d/b/a  :
GENOVA PIPE; MICROKITS, LLC;     :
FISHUSA INC.; and TERRY PRECISION  :
CYCLING LLC;                       :
                                 :
           Plaintiffs,        :
                                 :      Before: Richard K. Eaton, Judge
      v.                    :
                                 :      Court No. 25-00066
THE UNITED STATES OF AMERICA;   :
UNITED STATES CUSTOMS AND     :
BORDER PROTECTION; PETE R.      :
FLORES, in his official capacity as   :
Acting Commissioner for United States :
Customs and Border Protection;     :
JAMIESON GREER, in his official    :
capacity as United States Trade     :
Representative; OFFICE OF THE UNITED :
STATES TRADE REPRESENTATIVE;  :
and HOWARD LUTNICK, in his official :
capacity as Secretary of Commerce;  :
                                 :
          Defendants.      :
_____:

**ORDER**

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that this matter is STAYED, except with respect to the court's instructions to

counsel that are set forth in its April 17, 2026, order (ECF No. 81) concerning the transmission to

the court, by April 24, 2026, of the names of up to three lawyers to serve as representatives at the

closed settlement conference that is scheduled in *Euro-Notions Florida, Inc. v. United States* (1:25-

Court No. 25-00066                                                    Page 2

cv-00595-RKE) for April 28, 2026, at 2:00 p.m. EDT.


                                        _____/s/ Richard K. Eaton_____
                                                    Judge

Dated: April 20, 2026
       New York, New York