FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

V.O.S. Selections, Inc., et al.,

                                        Plaintiff,          Court No.          25-00066

          v.

Donald J. Trump, et al.,

                                        Defendant.

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney ▾

for plaintiff          ▾, V.O.S. Selections, Inc., et al._____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is

**Neal Kumar Katyal**

Date: 04/22/2026

_Signature_

Jessica C. Huang
Attorney

**Milbank LLP**
Firm

1101 New York Ave. NW
Street Address

Washington, DC 20005
City, State and Zip Code

**(202) 835-7595**
Telephone Number

jhuang@milbank.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
|  |  |  |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)