UNITED STATES COURT OF INTERNATIONAL TRADE

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    :

|  |  |
|---|---|
| V.O.S. SELECTIONS, INC.; PLASTIC SERVICES AND PRODUCTS, LLC d/b/a GENOVA PIPE; MICROKITS, LLC; FISHUSA INC.; and TERRY PRECISION CYCLING LLC; | : : : : : : |
| Plaintiffs, | : : |
| v. | : |
|  | : |
| THE UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; and HOWARD LUTNICK, in his official capacity as Secretary of Commerce; | : : : : : : : : : : : : : |
| Defendants. | : : |

Before: Richard K. Eaton, Judge

Court No. 25-00066

**ORDER**

Upon review of the papers and proceedings had herein, it is hereby

**ORDERED** that the stay in this case is lifted sua sponte; it is further

**ORDERED** that the parties are directed to show cause as to why the court should not remove the suspension of immediate compliance with its order that U.S. Customs and Border Protection ("Customs") liquidate or reliquidate, without regard to IEEPA duties, all entries entered subject to IEEPA duties; it is further

**ORDERED** that by 4:00 p.m. EDT on June 4, 2026, each of the parties shall submit a brief, not longer than 10 pages, in response to this Order to Show Cause; and it is further

Court No. 25-00066                                                                    Page 2

      **ORDERED** that a hearing on this Order to Show Cause is scheduled for June 9, 2026, at 1:30 p.m. EDT in Courtroom 1, located at One Federal Plaza, New York, New York 10278. The Honorable Commissioner Rodney S. Scott, U.S. Customs and Border Protection, is directed to appear to answer the court's questions as to the anticipated timing of Customs' compliance with the court's order. All Counsel and the Commissioner are directed to appear at the hearing in person.


                                                      /s/ Richard K. Eaton
                                                             Judge

Dated:  May 27, 2026
       New York, New York