UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

V.O.S. SELECTIONS, INC.; PLASTIC
SERVICES AND PRODUCTS, LLC d/b/a:
GENOVA PIPE; MICROKITS, LLC;
FISHUSA INC.; and TERRY PRECISION
CYCLING LLC,

                    Plaintiffs,

      v.

UNITED STATES, U.S. CUSTOMS AND
BORDER PROTECTION; and RODNEY S.
SCOTT, in his official capacity as
Commissioner of U.S. Customs and Border
Protection, et al,

                    Defendants.

Court No. 25-00066

---

**DECLARATION OF EXECUTIVE ASSISTANT
COMMISSIONER SUSAN S. THOMAS**

I, Susan S. Thomas, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby make the following declaration with respect to the above-captioned matter:

1. I am the Executive Assistant Commissioner (EAC), Office of Trade, U.S. Customs and Border Protection (CBP), a position I have held since March 2026.  My work includes enforcing over 500 U.S. trade laws, including the implementation of tariff measures under the International Emergency Economic Powers Act (IEEPA), overseeing 14 trade agreements, directing CBP's seven Priority Trade Issues in collaboration with 49 partner

1

government agencies, and overseeing the regulatory framework for more than $3 trillion in legitimate trade each year. Previously, I served as the Acting Executive Assistant Commissioner, Office of Trade, from March 2025 until March 2026. Prior to my tenure as the Acting Executive Assistant Commissioner of the Office of Trade, I held various leadership positions within CBP focused on cargo security, trade enforcement, and operation management. I have been employed by CBP or its predecessor agencies since 1995.

2. The Office of Trade (OT) consolidates the trade policy, program development, and compliance measurement functions of CBP, leads development of CBP's national strategy to enforce trade laws, and manages the design and implementation of strategic initiatives for trade compliance and enforcement. OT directs national enforcement responses through coordination with international partners and other U.S. government agencies, and it directs the enforcement of intellectual property rights (IPR), the identification of risks to detect and prevent the importation of contaminated agricultural or food products, the enforcement of free trade agreement eligibility, the administration of CBP's forced labor efforts, and the administration of the nation's antidumping and countervailing duty (AD/CVD) laws. Finally, OT oversees the issuance of all CBP regulations, legally binding rulings and decisions, informed compliance publications and structured programs for external CBP training and outreach on international trade laws and CBP regulations.

3. As the Executive Assistant Commissioner for the Office of Trade, I report directly to Commissioner Rodney S. Scott.

4. In my role, I oversee the development and implementation of the Consolidated Administration and Processing of Entries (CAPE) functionality. CAPE is a new

2

capability within CBP's system of record for imported merchandise — the Automated Commercial Environment (ACE) — to calculate and provide valid refunds of additional *ad valorem* duties imposed under IEEPA. CBP is developing and deploying the CAPE functionality in phases. The first phase of the CAPE functionality became available for use by importers and their brokers in ACE at 7:11am eastern time on Monday, April 20, 2026. The Executive Director of the Trade Programs Directorate within the Office of Trade, Brandon Lord, has filed numerous declarations in *Euro-Notions Florida, Inc. v. United States et. al.*, CIT Court No. 25-00595, outlining CBP's progress in refunding IEEPA duties in CAPE. Executive Director Lord reports directly to me.

5. In the Court's Order of May 27, 2026, Commissioner Rodney Scott was "directed to appear to answer the court's questions as to the anticipated timing of Customs' compliance with the court's order" that CBP must "liquidate or reliquidate, without regard to IEEPA duties, all entries entered subject to IEEPA duties." As explained in this declaration, I am the most senior CBP official with direct knowledge to provide this testimony.

6. As the official directly overseeing the development and implementation of CAPE for the provision of IEEPA refunds, I can speak to CBP's current capabilities to liquidate or reliquidate "all entries entered subject to IEEPA duties" without the assessment of IEEPA duties, its plan to develop additional capabilities for refunds on different categories of imports, and the programmatic and resource constraints preventing the agency's immediate compliance. I can also speak to the harm to CBP that would result if the agency were required to comply with the order immediately, and the status of plaintiffs' refunds in this action. Accordingly, I am the senior-most knowledgeable person within CBP on the topics the Court wishes to discuss.

7. I am available to testify on June 9, 2026.

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of May, 2026.

Susan S. Thomas
Executive Assistant Commissioner
Office of Trade
U.S. Customs and Border Protection