

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
SENIOR JUDGE

June 3, 2026

Claudia Burke, Esq.
U.S. Department of Justice
Commercial Litigation Branch Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Dear Ms. Burke,

In your colorful papers appealing the order directing liquidation in the V.O.S. case you cite, with pride, the Government's progress in refunding unlawfully collected IEEPA duties using the CAPE portal. And, in fact, the Government has every reason to be proud.

You seem to suggest, however, that the Government developed CAPE voluntarily. Attached, is a page from the CAPE guidance documents in which the Government cites to the court's order and states "[a]ccordingly, [Customs] has developed the" CAPE portal. In other words, all of the progress, of which the Government is justifiably proud, results from the court's March 4 order, a version of which you now appeal. There are other attached pages which cite the order as progress with CAPE was made.

Kindly, transmit a copy of this letter for the Court of Appeals for the Federal Circuit, which may want to consider the Government's previous compliance with the court's order when deciding your motion for a stay. A stay that would discourage continuing progress.

Very truly yours,

_____ /s/ Richard K. Eaton _____
Judge