IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

Before Honorable Richard K. Eaton, Judge

| | |
|---|---|
| V.O.S. SELECTIONS, INC., *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.,* <br><br> Defendants. | Case No. 25-00066-RKE |

**Declaration of Nik Holm
in Support of Plaintiff's Motion for Class Certification**

I, Nik Holm, hereby declare as follows:

1.     I am the President of Terry Precision Cycling, LLC ("Terry Precision" or the "Company"). I am authorized to make this declaration on behalf of the Company. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     Terry Precision is an importer of goods into the United States and is the Importer of Record for the affected entries described below. The Company paid tariffs imposed under the International Emergency Economic Powers Act ("IEEPA") directly upon arrival of the below entries.

3.     The Company has at least four entries that have been finally liquidated by U.S. Customs and Border Protection ("CBP"). Those entries are:

- Entry Number GN243516186, liquidated on July 29, 2025, with an approximate refund amount of $495.90;

1

- Entry Number GN243548866, liquidated on August 25, 2025, with an approximate refund amount of $79.80;

- Entry Number GN243112150, liquidated on December 26, 2025, with an approximate refund amount of $1,839.60; and

- Entry Number GN243169168, liquidated on January 24, 2026, with an approximate refund amount of $1,298.20.

4. The Company filed a claim for a refund of IEEPA tariffs through CBP's Consolidated Administration and Processing of Entries ("CAPE") program under CAPE claim number 100000159885. The CAPE system rejected the Company's claim with the following message: "ENTRY SUMMARY IS IN FINAL LIQUIDATION STATUS."

5. The Company has been informed that its refunds cannot be processed because the affected entries are in final liquidation status. As a result, the Company has been denied access to the CAPE program—the only administrative mechanism CBP has made available to process IEEPA tariff refunds—solely because the Company's entries reached final liquidation before the refund process was initiated.

6. The Company currently has no administrative mechanism through which it may seek refunds for those finally liquidated entries. Despite having paid IEEPA tariffs that are eligible for refund, the Company is barred from obtaining relief through the CAPE program and has no alternative administrative remedy available.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2026.

_____Nik Holm_____

3