UNITED STATES COURT OF INTERNATIONAL TRADE

——————————————————————————
                                              :
V.O.S. SELECTIONS, INC.; PLASTIC        :
SERVICES AND PRODUCTS, LLC d/b/a  :
GENOVA PIPE; MICROKITS, LLC;        :
FISHUSA INC.; and TERRY PRECISION  :
CYCLING LLC;                                :
                                              :
                Plaintiffs,                   :
                                              :        Before: Richard K. Eaton, Judge
        v.                                    :
                                              :        Court No. 25-00066
THE UNITED STATES OF AMERICA;        :
UNITED STATES CUSTOMS AND            :
BORDER PROTECTION; PETE R.            :
FLORES, in his official capacity as       :
Acting Commissioner for United States   :
Customs and Border Protection;            :
JAMIESON GREER, in his official          :
capacity as United States Trade           :
Representative; OFFICE OF THE UNITED :
STATES TRADE REPRESENTATIVE;        :
and HOWARD LUTNICK, in his official   :
capacity as Secretary of Commerce;        :
                                              :
                Defendants.                   :
——————————————————————————:

**ORDER**

On May 29, 2026, the court denied the Government's motion to amend its order dated May 27, 2026 ("May 27 Order"), which directed U.S. Customs and Border Protection Commissioner Rodney S. Scott to testify in person at a hearing on June 9, 2026. ECF No. 89. The Government then petitioned for a writ of mandamus to block Commissioner Scott's testimony, and sought an emergency stay of the May 27 Order, in the Court of Appeals of the Federal Circuit. *In re United States*, No. 2026-144 (Fed. Cir. June 4, 2026), Dkt. Nos. 2, 3. Today, the Federal Circuit granted the motion for a stay. ECF No. 96.

Upon consideration of the Federal Circuit's stay order, and upon reconsideration of the Government's motion to amend the court's May 27 Order, it is hereby

**ORDERED** that the Government's motion to amend, ECF No. 88, is granted; it is further

**ORDERED** that the court's May 27 Order is amended to allow either of the two officials proposed in the Government's motion to testify in person, in Commissioner Scott's stead, at the hearing on June 9, 2026, at 1:30 p.m. Eastern, in Courtroom 2; and it is further

**ORDERED** that the Government will inform the court which official will appear to answer the court's questions at the June 9 hearing by 5:00 p.m. Eastern on June 5, 2026.



/s/ Richard K. Eaton
Judge

Dated:  June 4, 2026
        New York, New York