# United States Court of International Trade
## Honorable Richard K. Eaton

## <u>Appearance Sheet</u>

Docket No. 25-00066
Order to Show Cause Hearing
June 9, 2026
1:30 p.m.
CIT Courtroom 3
1581(i)

V.O.S. Selections, Inc. et al,
Plaintiff,
v.
United States
Defendant.

---

## <u>Counsel</u>

**<u>Plaintiff</u>**
**<u>Colleen Elizabeth Roh Sinzdak</u>**
Milbank LLP

**<u>Defendant</u>**
**<u>Claudia Burke</u>**
**<u>Justin Reinhart Miller</u>**
U.S. Department of Justice
**<u>Paula Smith</u>**
**<u>Yelena Slepak</u>**
**<u>Taylor Rene Bates</u>**
**<u>Alexandra Khrebtukova</u>**
**<u>Brandon Lord</u>**
U.S. Customs & Border Protection

**<u>Witness</u>**
**<u>Susan Thomas</u>**
Executive Assistant Commissioner for U.S. Customs and Border Protection