UNITED STATES COURT OF INTERNATIONAL TRADE

_____

V.O.S. SELECTIONS, INC.; PLASTIC              :
SERVICES AND PRODUCTS, LLC d/b/a              :
GENOVA PIPE; MICROKITS, LLC;                  :
FISHUSA INC.; and TERRY PRECISION             :
CYCLING LLC;                                  :
                                              :
              Plaintiffs,                     :
                                              :        Before: Richard K. Eaton, Judge
      v.                                      :
                                              :        Court No. 25-00066
THE UNITED STATES OF AMERICA;                 :
UNITED STATES CUSTOMS AND                     :
BORDER PROTECTION; PETE R.                    :
FLORES, in his official capacity as           :
Acting Commissioner for United States         :
Customs and Border Protection;                :
JAMIESON GREER, in his official               :
capacity as United States Trade               :
Representative; OFFICE OF THE UNITED          :
STATES TRADE REPRESENTATIVE;                  :
and HOWARD LUTNICK, in his official           :
capacity as Secretary of Commerce;            :
                                              :
              Defendants.                     :
_____:

**ORDER**

Upon review of Plaintiffs' Motion for Class Certification, ECF No. 99, and Defendants'

Response in Opposition, ECF No. 105, it is hereby

**ORDERED** that Plaintiffs may file a reply brief in support of their Motion on or before

July 22, 2026. The reply brief shall address the arguments made in Defendants' Response.


                                            _____/s/ Richard K. Eaton_____
                                                        Judge


Dated:  June 26, 2026
        New York, New York