UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| V.O.S. SELECTIONS, INC.; PLASTIC SERVICES AND PRODUCTS, LLC d/b/a GENOVA PIPE; MICROKITS, LLC; FISHUSA INC.; and TERRY PRECISION CYCLING LLC; | : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Before: Richard K. Eaton, Judge |
| THE UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; and HOWARD LUTNICK, in his official capacity as Secretary of Commerce; | : : : : : : : : : : : : : | Court No. 25-00066 |
| Defendants. | : : : | |

## ORDER

Upon consideration of the papers and proceedings had herein, including Plaintiff Terry Precision Cycling LLC's ("Plaintiff") motion for class certification (ECF No. 99), Defendants' response in opposition (ECF No. 105), Plaintiff's reply (ECF No. 107), and USCIT Rule 23, it is hereby

**ORDERED** that a closed, pre-argument conference, involving only the parties in this case, is scheduled for Tuesday, August 4, 2026, at 2:00 p.m. EDT. Counsel for the parties shall appear in person and via Webex. Case Management will provide location and call details; it is further

Court No. 25-00066                                                                                     Page 2

   **ORDERED** that oral argument is scheduled for Thursday, August 6, 2026, at 11:00 a.m. EDT in Courtroom 1, located at One Federal Plaza, New York, New York, 10278. Counsel for the parties shall appear in person; and it is further

   **ORDERED** that a closed, post-argument conference, involving only the parties in this case, is scheduled for Tuesday, August 11, 2026, at 2:00 p.m. EDT. Counsel for the parties shall appear in person and via Webex. Case Management will provide location and call details.

    /s/ Richard K. Eaton    
Judge

Dated: July 24, 2026
       New York, New York