# United States Court of International Trade
## Honorable Richard K. Eaton

## <u>Appearance Sheet</u>

Docket No. 25-00066
Oral Argument
August 6, 2026
11:00 p.m.
CIT Courtroom 1
1581(i)

V.O.S. Selections, Inc. et al,
Plaintiff,
v.
United States
Defendant.

---

## <u>Counsel</u>

**<u>Plaintiff</u>**
**<u>Colleen Elizabeth Roh Sinzdak</u>**
Milbank LLP

**<u>Defendant</u>**
**<u>Claudia Burke</u>**
**<u>Justin Reinhart Miller</u>**
U.S. Department of Justice