UNITED STATES COURT OF INTERNATIONAL TRADE

_____

|  |  |
|---|---|
| V.O.S. SELECTIONS, INC.; PLASTIC SERVICES AND PRODUCTS, LLC d/b/a GENOVA PIPE; MICROKITS, LLC; FISHUSA INC.; and TERRY PRECISION CYCLING LLC;<br><br>          Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; and HOWARD LUTNICK, in his official capacity as Secretary of Commerce;<br><br>          Defendants. | Before: Richard K. Eaton, Judge<br><br>Court No. 25-00066 |

_____

## ORDER

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that a closed conference, involving the parties in this case and the parties in *Freestyle World, Inc. v. United States*, Court No. 26-01088, is scheduled for Tuesday, August 25, 2026, at 2:00 p.m. EDT. Counsel for the parties shall appear in person and via Webex. Case Management will provide location and call details.

                                                                 /s/ Richard K. Eaton
                                                                      Judge

Dated: August 11, 2026
       New York, New York